THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Appellant,
 
 
 

v.

 
 
 
 Henri A. Glasby, Respondent.
 
 
 

Appeal From Horry County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2007-UP-011
Submitted January 1, 2007  Filed January 11, 2007

AFFIRMED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Senior Assistant Attorney General Norman Mark Rapaport, all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Henri A. Glasby was convicted of trafficking cocaine and trafficking crack cocaine.  Glasby appeals his convictions arguing the court erred in refusing to suppress evidence.  
We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State v. Burton, 356 S.C. 259, 265, 589 S.E.2d 6, 9 (2003) (finding a motion for a directed verdict is limited to the sufficiency of properly admitted evidence, not is admissibility); State v. Owens, 346 S.C. 637, 651, 552 S.E.2d 745, 752-53 (2001), overruled on other grounds, State v. Gentry, 363 S.C. 93, 610 S.E.2d 494 (2005) (finding a ruling in a pre-trial suppression hearing is not final and an objection must be made at the time the evidence is introduced).  
AFFIRMED. 
GOOLSBY, STILWELL, and SHORT, JJ., concur. 

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.